[redacted]

[redacted]

**Averett THOMPSON, Plaintiff–Appellant,**

**v.**

**David ROBINSON; David Everett; Rodriguez; Suyes; Blum, Defendants–Appellees.**

**No. 12–6381.**

United States Court of Appeals, Fourth Circuit.

Submitted: June 18, 2012.

Decided: June 29, 2012.

[redacted]

Averett Thompson, Appellant Pro Se.

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Averett Thompson appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Thompson v. Robinson,* No. 2:11–cv–00642–AWA–DEM (E.D.Va. Dec. 12, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*